IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WANDA H. WOODARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:14CV882 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The Memorandum Opinion and Recommendation of the United States Magistrate Judge ("Recommendation") was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on April 20, 2016, was served on the parties in this action. [See Docs. #14, 15.] Plaintiff Wanda H. Woodard filed Objections to the Magistrate Judge's Recommendation within the time limits prescribed by 28 U.S.C. § 636. [See Doc. #16.]

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection is made and has made a de novo determination in accord with the Magistrate Judge's report. The Court, therefore, adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion for Judgment Reversing the Decision of the Commissioner of Social Security [Doc. # 9] is

DENIED, that Defendant's Motion for Judgment on the Pleadings [Doc. # 11] is GRANTED, and that this action is dismissed with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of June, 2016.

                                                  /s/ N. Carlton Tilley, Jr.
                                           Senior United States District Judge